```
WILLIAM E. BONHAM
Attorney at Law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Suite A
Sacramento, CA  95814

(916) 557-1113
State Bar No.055478

Attorney for ALI SAEED MUTHANA
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **No. CRS-01-0117 MCE** |
| | EX PARTE MOTION FOR RELEASE OF PASSPORT AND **ORDER** |
| v. | |
| **ALI SAEED MUTHANA** | |
| Defendant. | |

**EXPARTE MOTION FOR RELEASE OF PASSPORT**

Defendant ALI SAEED MUTHANA, through counsel William E. Bonham, hereby moves the court for an order for release of Mr. Muthana's passport from the U.S. Distrit Court Clerk's office.

**I.**  Mr. Muthana surrendered his passport on or about May 9, 2001 as a condition for his release on Pretrial Services supervision, under the order of U.S. Magistrate John F. Moulds.

**II.**  On May 13, 2003, Mr. Muthana was sentenced pursuant to a plea to a term of 20 months in the custody of the U. S. Bureau of Prisons.

**III.**  The defendant has been released after serving his his

sentence and placed on Supervised Release and is being supervised by USPO Sandra K. Dash in Modesto, California.  Mr. Muthana is in the process of obtaining citizenship for two daughters who are citizens of his native country of Yemen.  The passport and its records are required for processing their citizenship application.

Dated: June 29, 2005

Respectfully submitted,

/s/
WILLIAM E. BONHAM
Attorney for ALI SAEED MUTHANA

**ORDER**

**IT IS HEREBY ORDERED** that the Passport for Ali Saeed Muthana, defendant in the above-captioned case be released to Mr. Muthana or his attorney, William E. Bonham.

Dated: July 14, 2005.

_____
UNITED STATES MAGISTRATE JUDGE