**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

# M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

> RE:   **Ali Saeed MUTHANA**
>        **Docket Number: 2:01CR00117-01**
>        **PERMISSION TO TRAVEL**
>        **OUTSIDE THE COUNTRY**

Your Honor:

The supervised releasee is requesting permission to travel to Shiab, Yemen.  Mr. Muthana is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On May 13, 2003, Mr. Muthana was sentenced for the offense of 21 USC 841(d)(2), Distributing a Listed Chemical.

**Sentence imposed:** 20 months custody of the Bureau of Prisons followed by a term of 36 months supervised release; $100 special assessment.  **Special conditions include:** Submit to search; Defendant shall participate in a program of testing to determine if he has reverted to the use of drugs or alcohol; Defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale; Defendant shall participate in a co-payment plan for treatment or testing of $5.00 per month; Defendant shall register, as required in the jurisdiction in which he resides, as a drug offender.

**Dates and Mode of Travel:** November 30, 2005,  through February 28, 2006.  The offender will be traveling by commercial air carrier.

**Purpose:**  Visit his wife and his parents.

Respectfully Submitted,

/s/ Sandra K. Dash

**SANDRA K. DASH**
**United States Probation Officer**

**DATED:**      November 8, 2005
             Modesto, California
             SKD:lr

**REVIEWED BY:**    /s/ Deborah A. Spencer
             **DEBORAH A. SPENCER**
             **Supervising United States Probation Officer**

**RE:** **ALI SAEED MUTHANA**

**Docket Number: 2:01CR00117-001**

**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

---

**ORDER OF THE COURT:**

**Approved** <u>XXX</u>_____          **Disapproved** _____

**DATE:** November 16, 2005

_____

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE