WILLIAM E. BONHAM
Attorney at Law
State Bar No. 55478
Hotel de' France Bldg, Old Sacramento
916 Second Street, 2nd Floor, Suite A
Sacramento, CA 95814

Phone:     (916) 557-1113
Facsimile: (916) 557-1118
Email:     williambonhamatty@sbcglobal.net

Attorney for Defendant
ALI SAEED MUTHANA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. CR S-01-0117 MCE** |
| Plaintiffs, | EX PARTE MOTION FOR ORDER EXONERATING BOND AND THE |
| v. | RECONVEYANCE OF REAL PROPERTY AND ORDER |
| ALI SAEED MUTHANA, | _____ |
| Defendant. | |

Defendant ALI SAEED MUTHANA, through counsel William E. Bonham, hereby moves the court for an order exonerating the bond and for reconveyance of real property in the above-captioned case.

**I.**  On May 9, 2001 Defendant was released pursuant to order by the court upon one appearance bond, for the amount of $350,000.00, secured by a deed of trust on two parcels of real property owned by **SALEH NASHER SHAIBI, a married man , and his wife, FATIMA SHAIBI**, located at City of Byron, County of Contra Costa, State of California.

**II.** On May 13, 2003 Defendant was sentenced for a term of 20 months and surrendered for service of sentence on June 10, 2003 and was placed in the custody of the Bureau of Prisons. Defendant has since completed his term of imprisonment and is serving 36 months of supervised release.

**III.** The defendant and the above named sureties request that the above appearance bond be exonerated and that the title of the above defined real properties be reconveyed to above entitled property owners.

Dated: November 21, 2005

Respectfully submitted,

/s
WILLIAM E. BONHAM
Attorney for ALI SAEED MUTHANA

**ORDER**

**IT IS HEREBY ORDERED** that the above named appearance bond securing defendant Ali Saeed Muthana's release in the above-captioned case be exonerated. **IT IS ALSO ORDERED** that the title to the above listed real properties, be reconveyed back to the entitled property owners.

Dated: December 8, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE