UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

       RE: Ali Saeed MUTHANA
          Docket Number: 2:01CR00117-01
          <u>**AMENDED REQUEST FOR PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Your Honor:

The supervised releasee is requesting permission to travel to Shiab, Yemen. Mr. Muthana is current with all supervision obligations, and the probation officer recommends approval be granted. Mr. Muthana originally planned to travel in November 2005 and March 2006, and permission was granted by the Court; however, he was unable to obtain the necessary funds at that time. He now has adequate funding to pay for travel for him and his children.

**Conviction and Sentencing Date:** On May 13, 2003, Mr. Muthana was sentenced for the offense of 21 USC 841(d)(2), Distributing a Listed Chemical, Class C Felony.

**Sentence imposed:** 20 months custody of the Bureau of Prisons followed by a 36-month term of supervised release; $100 special assessment. **Special conditions include:** Submit to search; Defendant shall participate in a program of testing to determine if he has reverted to the use of drugs or alcohol; Defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale; Defendant shall participate in a co-payment plan for treatment or testing of $5.00 per month; Defendant shall register, as required in the jurisdiction in which he resides, as a drug offender.

**Dates and Mode of Travel:** April 1, 2007, through June 1, 2007. The offender will be traveling by commercial air carrier.

**Purpose:** Visit his wife, his children, and his parents.

           Respectfully Submitted,
           /s/ Sandra K. Dash
          **SANDRA K. DASH**
          **United States Probation Officer**

**DATED:**  March 14, 2007
       Modesto, California
       SKD:lr

**REVIEWED BY:** /s/ Deborah A. Spencer
          **DEBORAH A. SPENCER**
          **Supervising United States Probation Officer**

Rev. 03/2004
TRAVELOC.MRG

RE:     **ALI SAEED MUTHANA**
        **Docket Number: 2:01CR00117-001**
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

---

**ORDER OF THE COURT:**

Approved   XXX                                    Disapproved _____

Dated: March 19, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE